UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 11 Jun 13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

CASE NO: 5:13-MJ-1445

UNITED STATES OF AMERICA

V.

DISMISSAL
ORDER

**BATTLE, QUENTON G.**

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason:

[ ] Compliance

[ ] Completed Driver Improvement Training

[ ] Proof of Safe Driving Record

[X] Prosecutorial Discretion: Superseding to remove Count Three from the Charges.

Offenses: Simple Possession of Marijuana, Possess Drug Paraphernalia, and Unlawful Use of White Lights

Category: O

Initial Docket Date:

Submitted on: 3 June 2013

YOLANDA McCRAY JONES
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This 11 day of June, 2013.